UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AJAY KUMAR TANWANI,<br><br>Plaintiff,<br><br>v.<br><br>REBECCA PASINI, Consul General at the U.S. Embassy in Islamabad,<br><br>Defendant. | Civil Action No. 23-0416 (RJL) |

**DEFENDANT'S UNOPPOSED MOTION TO ENLARGE TIME TO ANSWER**

Pursuant to Federal Rule of Civil Procedure 6, Defendant the Secretary of State Antony Blinken and others, ("Defendants"), by and through undersigned counsel, respectfully moves for an enlargement of time through and including June 23, 2023, to file Defendant's Answer. The pleading is due on April 23, 2023. In support of this motion, Defendant states as follows:

1. The visa application that is the subject of this litigation remains refused under INA Section 221(g) for administrative processing. Processing remains active and ongoing, and agency counsel is involved and monitoring the case. When administrative processing is completed the consular officer in Islamabad will determine the next steps required, which may include reaching out to the applicant to request additional information, or possibly readjudicating the visa application.

2. As a result, Defendant respectfully asks this Court to allow Defendant to file its Answer on or before June 23, 2023.

3. Undersigned conferred with Plaintiff's counsel regarding this request and there is no opposition.

Dated: April 19, 2023
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/_____
     PATRICIA K. MCBRIDE
     Assistant United States Attorney
     601 D Street, N.W.
     Washington, D.C. 20530
     202-252-7123

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AJAY KUMAR TANWANI,<br><br>Plaintiff,<br><br>v.<br><br>ANTONY BLINKEN, SECRETARY OF STATE, *et. al.*,<br><br>Defendants. | Civil Action No. 23-0416 (RJL) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's Unopposed Motion for an extension of time *nun pro tunc* it is HEREBY ORDERED that the Defendant's motion for an extension is GRANTED.

It is further ORDERED that Defendants shall file an Answer on or before June 23, 2023, SO ORDERED:

_____          _____
Date                                               United States District Judge

3